IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH BRUNO-MARTINEZ,<br><br>Petitioner,<br><br>vs.<br><br>G. LEWIS, Warden, Pelican State Prison,<br><br>Respondent. | No. 2:11-cv-02653-JKS<br><br>ORDER<br>[Re:  Motion at Docket No. 25] |

At Docket No. 25 Joseph Bruno-Martinez, a state prisoner appearing *pro se*, filed an application to proceed *in forma pauperis* on appeal.  There is no filing fee required for a state prisoner to appeal from the denial of a petition for a writ of habeas corpus under 28 U.S.C. § 2254.[1]

**IT IS THEREFORE ORDERED THAT** the Application to Proceed In Forma Pauperis by a Prisoner at Docket No. 25 is **DENIED**, as moot.

Dated:  May 17, 2013.

/s/ James K. Singleton, Jr.
JAMES K. SINGLETON, JR.
United States District Judge

---

[1] *Naddi v. Hill*, 106 F.3d 275, 277 (9th Cir. 1997).